AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| AIG PROPERTY CASUALTY COMPANY<br>*Plaintiff*<br>v.<br>WILLIAM H. COSBY AND JANICE DICKINSON.<br>*Defendant* | Civil Action No. 2:15-cv-04842 CAS(RAOx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James P. Wagoner
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
7647 North Fresno Street
Fresno, California 93720
Telephone:      (559) 433-1300
Facsimile:       (559) 433-2300

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/26/2015                                      /s/ Robert R. Nadres
                                                       *Signature of Clerk or Deputy Clerk*

