# Exhibit C

# Graham Van Leuven

| | |
|---|---|
| **From:** | LoBue, Robert P. (x2596) <rplobue@pbwt.com> |
| **Sent:** | Tuesday, June 30, 2015 7:18 AM |
| **To:** | Jim Wagoner; mdsinger@lavelysinger.com |
| **Subject:** | RE: William H. Cosby and Camille Cosby - Claimant Janice Dickinson |

We request the continued redaction of information from the policies as filed and object to disclosure of redacted materials to counsel for Ms. Dickinson.

We will execute the Waiver of Service.  All other rights are reserved.

Thank you.

Robert P. LoBue
Patterson Belknap Webb & Tyler LLP
1133 Ave. of the Americas
New York, New York 10036
v: 212-336-2596
f: 212-336-2395

**From:** Jim Wagoner [mailto:Jim.Wagoner@mccormickbarstow.com]
**Sent:** Monday, June 29, 2015 5:24 PM
**To:** LoBue, Robert P. (x2596); mdsinger@lavelysinger.com
**Subject:** RE: William H. Cosby and Camille Cosby - Claimant Janice Dickinson

Dear Mr. LoBue and Mr. Singer,

Per the attached email, Ms. Dickinson's counsel has requested unredacted copies of the policies which were attached to the complaint provided to you on Friday. Do you have any objection to our production of those policies or would you prefer the matter to be handled in another way?

Also, please confirm whether you will execute the Waiver of Services of Summons Form provided on June 26 and whether your client has an objection to the redaction of information from the policies as filed.

Very Truly Yours,

**James P. Wagoner**
McCormick, Barstow, Sheppard,
  Wayte & Carruth LLP
7647 N. Fresno Street
Fresno, CA  93720
(559) 433-1300
FAX:  (559) 433-2300
e-mail:  jim.wagoner@mccormickbarstow.com
website: http://www.mccormickbarstow.com
*Certified Appellate Law Specialist certified by the Board of Legal Specialization of the California State Bar.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.