UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 15-04842 BRO (RAO)                                   Date:  July 8, 2015
Title:         AIG Property Casualty Company v. William H. Cosby, et al.

| | |
|---|---|
| Present: The Honorable | **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE** |
| Gay Roberson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:**          (In Chambers) **ORDER RE EX PARTE APPLICATION FOR PROTECTIVE ORDER**

On July 7, 2015, plaintiff AIG Property Casualty Company ("AIG Property") submitted an *ex parte* application for a protective order authorizing the continued redaction of portions of the insurance policies attached as exhibits to AIG Property's complaint, filed on June 26, 2015 (the "Complaint"). (ECF No. 11.) Pursuant to the Standing Order Regarding Newly Assigned Cases issued on June 30, 2015, proposed protective orders pertaining to discovery matters "must be submitted to the assigned Magistrate Judge." (Standing Order Regarding Newly Assigned Cases, Section 7 at 6, ECF No. 10.)

For the reasons stated in the *ex parte* application, including but not limited to AIG Property's counsel's declaration, *inter alia*, that defendant William H. Cosby joins AIG Property in seeking the protective order and that defendant Janice Dickinson does not oppose the *ex parte* application (*see* Declaration of James P. Wagoner in Support of AIG Property Casualty Company's Ex Parte Application for Protective Order at ¶¶ 26, 30), and for good cause shown, IT IS HEREBY ORDERED that AIG Property shall maintain the redactions in the AIG Property policies filed as exhibits to the Complaint in this action and shall not produce unredacted copies of these exhibits unless so ordered by this Court.

**IT IS SO ORDERED.**

                                                                                                                    :
                                                                              Initials of Preparer         gr