McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Graham Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff AIG Property Casualty Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AIG PROPERTY CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM H. COSBY, and JANICE DICKINSON,<br><br>        Defendants. | Case No. 2:15-cv-04842-BRO-RAO<br><br>**NOTICE OF ASSOCIATION OF PLAINTIFF'S COUNSEL**<br><br>Judge: Hon. Beverly Reid O'Connell<br>Crtrm.: 14<br><br>Trial Date:       TBD |

PLEASE TAKE NOTICE that James P. Wagoner, Lejf E. Knutson and Graham Van Leuven of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, attorneys of record for Plaintiff AIG Property Casualty Company, hereby associate attorneys Rebecca R. Weinreich and Stephen V. Kovarik of Lewis Brisbois Bisgaard & Smith LLP as co-counsel for AIG Property Casualty Company in this matter.

The name, office address, telephone number, fax number, and e-mail address of the associated counsel are as follows:

Rebecca R. Weinreich, SB# 155684

Stephen V. Kovarik, SB# 184656

| | |
|---|---|
| 1 | Lewis Brisbois Bisgaard & Smith LLP |
| 2 | 633 West 5th Street, Suite 4000 |
| 3 | Los Angeles, California 90071 |
| 4 | Telephone: 213.250.1800 |
| 5 | Facsimile: 213.250.7900 |
| 6 | E-Mail: Rebecca.Weinreich@lewisbrisbois.com |
| 7 | E-Mail: Stephen.Kovarik@lewisbrisbois.com |

Dated: January 15, 2016           McCORMICK, BARSTOW, SHEPPARD,
                                                      WAYTE & CARRUTH LLP


By: _____/s/ James P. Wagoner_____
James P. Wagoner
Lejf E. Knutson
Graham Van Leuven
Attorneys for Plaintiff AIG Property
Casualty Company

3730423.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2                    2:15-cv-04842-BRO-RAO
NOTICE OF ASSOCIATION OF COUNSEL

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF FRESNO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On January 15, 2016, I served true copies of the following document(s) described as **NOTICE OF ASSOCIATION OF PLAINTIFF'S COUNSEL** on the interested parties in this action as follows:

| | |
|---|---|
| Kirk Pasich<br>Kim Umanoff<br>Liner LLP<br>1100 Glendon Avenue \| 14th Floor<br>Los Angeles, CA 90024-3518<br>kpasich@linerlaw.com<br>kumanoff@linerlaw.com<br>(310) 500 – 3500 | Attorneys for Defendant,<br>WILLIAM H. COSBY |
| Alan Goldstein<br>Jivaka Candappa<br>The Bloom Firm<br>20700 Ventura Blvd., Suite 301<br>Woodland Hills, CA 91364<br>Avi@thebloomfirm.com<br>Jivaka@thebloomfirm.com<br>(818) 914 – 7314 | Attorneys for Defendant,<br>JANICE DICKINSON |
| Rebecca R. Weinreich<br>Stephen V. Kovarik<br>Lewis Brisbois Bisgaard & Smith LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Rebecca.Weinreich@lewisbrisbois.com<br>Stephen.Kovarik@lewisbrisbois.com<br>(213) 250 – 1800 | Co-Counsel for<br>AIG PROPERTY CASUALTY COMPANY |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

1    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member
2  of the bar of this Court at whose direction the service was made.

3    Executed on January 15, 2016, at Fresno, California.

4

5                                          /s/ Heather L. Riley
                                           Heather L. Riley
6